**N. G. Reuter, appellant, v. S. A. Marks, appellee. Gen. No. 28,729.**

Claim for sums collected under agreement to pay to plaintiff one-half of receipts from accounts and bills receivable in connection

with certain stock sold to defendant. Set-off claimed for taxes, etc. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Francis Borrelli, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded with directions. Opinion filed March 11, 1924.

Justin K. Orvis, for appellant; Nathan E. Utt, of counsel. Edward G. Woods, for appellee.

Mr. Justice Fitch delivered the opinion of the court.